**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

SHAW INDUSTRIES GROUP, INC.,

      *Plaintiff,*

     v.

UNITED STATES,

      *Defendant.*

Court No. 21-00400

**STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.2 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.     The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2.     The imported merchandise covered by the entries set forth on Schedule A, attached, consist of vinyl flooring imported by Plaintiff.

3.     The imported merchandise was classified by U.S. Customs and Border Protection as "vinyl tile floor coverings" under Harmonized Tariff Schedule of the United States ("HTSUS") subheading 3918.10.1000 and under Chapter 99 subheading 9903.88.09, HTSUS.

4.     The stipulable imported merchandise is classifiable as "vinyl tile floor coverings" under Harmonized Tariff Schedule of the United States ("HTSUS") subheading 3918.10.1000 and under Chapter 99 subheading 9903.88.46, HTSUS.

5. The imported merchandise, covered by entries set forth on the attached Schedule A, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

Date: April  10, 2026

_____

David R. Stepp
Weronika Bukowski
Simeon Yerokun
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (222) 530-1930
Email: wbukowski@crowell.com
*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

_R_  3/27/2026
JUSTIN R. MILLER
Attorney In Charge
International Trade Field Office

3/27/2026
GUY EDDON
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9232 or 9230
*Attorneys for the United States*

IT IS HEREBY ORDERED that this action is decided and this final judgment is
to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border
Protection officials shall reliquidate the entries and make refund in accordance with the
stipulation of the parties set forth above.

_____
Judge

Dated:

New York, New York

**Schedule A to Stipulated Judgment**

| Protest Number | Entry Number | Entry Lines | Product Description / Code | Classifications at Liquidation | Stipulated Classifications |
|---|---|---|---|---|---|
| 170320108952 | 9YR20453424 | 1-4 | PVC Floor Tiles (Codes: V034000355) | 9903.88.09 | 9903.88.46 |
| | 9YR20453432 | 1 | PVC Floor Tiles (Codes: V034000620) | 9903.88.09 | 9903.88.46 |
| | 9YR20453465 | 3-5 | PVC Floor Tiles (Codes: V034200343, V034200763) | 9903.88.09 | 9903.88.46 |
| | 9YR20453499 | 1-5 | PVC Floor Tiles (Codes: V034000450, V034000220, V034000355, V034200235) | 9903.88.09 | 9903.88.46 |
| | 9YR20453507 | 1-5 | PVC Floor Tiles (Codes: V034000355 V034000520) | 9903.88.09 | 9903.88.46 |
| | 9YR20453515 | 1-5 | PVC Floor Tiles (Codes: V034200763) | 9903.88.09 | 9903.88.46 |
| | 9YR20454232 | 14, 17-21, 38, 43, 44, 46-53 | PVC Floor Tiles (Codes: V034300251, V043000127, V049400112, V05440776, V054400820, V055200510, V055200517, V055500535, V055500729, V055200530, V055200563, V055200761, V056700591, V066900681, V049400204, | 9903.88.09 | 9903.88.46 |

| Protest Number | Entry Number | Entry Lines | Product Description / Code | Classifications at Liquidation | Stipulated Classifications |
|---|---|---|---|---|---|
| | | | V049400522, V049400708, V050500700, V050500766, V031600757, V031700543) | | |
| | 9YR20454372 | 46-47, 49-50, 52, 55-57 | PVC Floor Tiles (Codes: V054400776, V050500766, V054400820, V055500535, V055500729, V055800574, V097800744, V066900681, V055200548, V055200216, V034300251, V043000127) | 9903.88.09 | 9903.88.46 |
| | 9YR20454794 | 4, 19 | PVC Floor Tiles (Codes: V034200618, V031700244, V031700410, V056700591) | 9903.88.09 | 9903.88.46 |
| | 9YR20454877 | 1 | PVC Floor Tiles (Codes: V034200269, V034200618) | 9903.88.09 | 9903.88.46 |
| | 9YR20455213 | 1-4 | PVC Floor Tiles (Codes: V034000520, V034000450) | 9903.88.09 | 9903.88.46 |
| | 9YR20455221 | 1-7 | PVC Floor Tiles (Codes: V034200235, V034200574, V034200763, V034000450, V034000220) | 9903.88.09 | 9903.88.46 |
| | 9YR20455239 | 1-5 | PVC Floor Tiles (Codes: V034000450, | 9903.88.09 | 9903.88.46 |

| Protest Number | Entry Number | Entry Lines | Product Description / Code | Classifications at Liquidation | Stipulated Classifications |
|---|---|---|---|---|---|
| | | | V034200574, V034200235) | | |
| | 9YR20455288 | 1-4 | PVC Floor Tiles (Codes: V034200763, V034300744, V034200235, V034000600) | 9903.88.09 | 9903.88.46 |
| | 9YR20455387 | 1-2 | PVC Floor Tiles (Codes: V061600405, V254500507, V254500590) | 9903.88.09 | 9903.88.46 |
| | 9YR20456096 | 19, 35, 38 | V026000240 (103)  V032800109  V034300251 (145)  V043000127  V043000576  V055800240  V031700244 (149)  V031700410  V056700591 | 9903.88.09 | 9903.88.46 |
| | 9YR20457029 | 1-5 | PVC Floor Tiles (Codes: V034200343, V034200512, V034200574) | 9903.88.09 | 9903.88.46 |
| | 9YR20457433 | 6 | PVC Floor Tiles (Codes: V034200744, V034200763) | 9903.88.09 | 9903.88.46 |
| | 9YR20457466 | 2-5, 7-26 | PVC Floor Tiles (Codes: V034200343, V034200763, V034200744, V034000220, | 9903.88.09 | 9903.88.46 |

| Protest Number | Entry Number | Entry Lines | Product Description / Code | Classifications at Liquidation | Stipulated Classifications |
|---|---|---|---|---|---|
| | | | V034000355, V034000520, V034000600) | | |
| | 9YR20459470 | 15 | PVC Floor Tiles (Codes: V034200251, V034200269) | 9903.88.09 | 9903.88.46 |
| | 9YR20459926 | 1-5 | PVC Floor Tiles (Codes: V034000600, V034200574, V034200744, V042800273) | 9903.88.09 | 9903.88.46 |
| | 9YR20450230 | 1, 3-6 | PVC Floor Tiles (Codes: V034000450, V034000520) | 9903.88.09 | 9903.88.46 |
| | 9YR20450297 | 1-2 | PVC Floor Tiles (Codes: V034000450) | 9903.88.09 | 9903.88.46 |
| | 9YR20450305 | 1, 2 | PVC Floor Tiles (Codes: V034000600, V034000620, V034000700) | 9903.88.09 | 9903.88.46 |
| | 9YR20451998 | 1-4, 7-11 | PVC Floor Tiles (Codes: V061600717, V061600400) | 9903.88.09 | 9903.88.46 |
| | 9YR20452665 | 1-2 | PVC Floor Tiles (Codes: V034000520) | 9903.88.09 | 9903.88.46 |
| | 9YR20453390 | 1-2 | PVC Floor Tiles (Codes: V034200763, V0343000574, V034300744) | 9903.88.09 | 9903.88.46 |
| | 9YR20453408 | 1-2 | PVC Floor Tiles (Codes: V034000520) | 9903.88.09 | 9903.88.46 |

| Protest Number | Entry Number | Entry Lines | Product Description / Code | Classifications at Liquidation | Stipulated Classifications |
|---|---|---|---|---|---|
|  | 9YR20453416 | 1-5 | PVC Floor Tiles (Codes: V034000355, V034000450) | 9903.88.09 | 9903.88.46 |